# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-3191 |
| LAVI SHENKMAN, et al., | : | |
| Defendants. | : | |

## **O R D E R**

    **AND NOW**, this _____ day of July, 2010, upon consideration of Plaintiff American General Life Insurance Company's Motion for Summary Judgment (Doc. No. 15), and the Responses, Replies and Sur-Replies thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly

ROBERT F. KELLY
SENIOR JUDGE